United States District Court for the Northern District of Illinois

**Case No.:** 24-cv-4766

**Judge:** Honorable Martha M. Pacold

**Defendant:** Barak Marziano, owner of dealwithmenow (Defendant (Unknown Yet))

**Defense Statement:**

Your Honor,

I, Barak Marziano, owner of the eBay store dealwithmenow (Defendant (Unknown Yet)), respectfully submit this defense in response to the complaint filed by Changshu Youthsky Import and Export Co. LTD, Case No. 24-cv-4766. I contend that the plaintiff's claims regarding counterfeiting and copyright infringement are entirely without merit and unsupported by evidence. My actions are protected under the first sale doctrine, and no actual infringement or harm has occurred. Furthermore, I seek redress for the unjust impact of the temporary restraining order (TRO) on my business. Below are the key points of my defense:

**First Sale Doctrine:**

- My business model involves dropshipping, where I list genuine, original products for resale. If a customer purchases a product from my listings, I promptly purchase the product from an authorized source and have it shipped directly to the customer. Under the first sale doctrine, I am entitled to resell these products. This doctrine is well-established in precedent, including *Kirtsaeng v. John Wiley & Sons, Inc.*, 568 U.S. 519 (2013), and *Quality King Distributors, Inc. v. L'anza Research International, Inc.*, 523 U.S. 135 (1998), which affirm that once a product is lawfully sold, the trademark owner's control over that product is exhausted.

**No Actual Sales:**

- None of the listed products were sold. Consequently, no actual infringement or consumer confusion occurred. The absence of sales indicates that Changshu Youthsky Import and Export Co. LTD did not suffer any financial loss or damage to their brand reputation.

**Unsubstantiated Claims of Counterfeiting:**

- The plaintiff's allegation that I sold counterfeit products is entirely unfounded. All products listed for sale were genuine. Since no products were sold, there is no basis for the plaintiff to claim that any products sold by me were fake. This unfounded claim was the basis for the court

- agreeing to an urgent TRO procedure, which has unjustly impacted my business.

- Evidence: I have not sold any of the products listed, and all products were genuine. The TRO was granted based on a misunderstanding that caused unwarranted harm to my business.

### Good Faith and Accurate Listings:

- My intent was to resell genuine products in good faith. The listings accurately described the products as genuine, unopened items, similar to how one might sell a used car by mentioning the brand name. This transparency ensured that consumers were not misled.

### No Likelihood of Confusion:

- Given that no sales were completed, there is no evidence of consumer confusion. My actions were transparent and aimed at reselling legitimate products without altering them or misleading customers.

### No Damages Incurred:

- Since no transactions were completed, Changshu Youthsky Import and Export Co. LTD did not incur any damages. The claims of harm are unfounded as no financial or reputational damage has been demonstrated.

### Unjust Impact of the TRO:

- The temporary restraining order (TRO) issued against my eBay store caused it to be unfairly shut down, resulting in significant business disruption. I seek compensation for the unjust impact of the TRO. Specifically, as of 08/15/2024, I am entitled to compensation for 13 days of downtime, totaling 13 x $155 = $2015. I request $155 per day for each additional day of downtime due to the TRO. This amount is based on the average daily profit of the store, which is provable through my business records.

### Reservation of Rights for Future Claims:

- I reserve the right to claim additional compensation in the future, regardless of this indemnification, for any further damages or losses incurred due to the actions of the plaintiff.

Based on these points, I respectfully request that the court dismiss the complaint filed by Changshu Youthsky Import and Export Co. LTD, lift the TRO, and grant my request for compensation due to the unjust impact of the TRO.

Sincerely,

Barak Marziano

Email: davsha54@gmail.com

Date: 08/15/2024