

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

 

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Changshu Youthsky import and export co.ltd | ) | **Case Number**: 24-cv-04766 |
| Plaintiff | ) | |
| | ) | **Judge:** Martha M. Pacold |
| v. | ) | |
| The Partnerships andUnincorporated Associa | ) | **Magistrate Judge:** Maria Valdez |
| Defendant | ) | |

Defendant 42 (aka finddealsnow) respectfully asks the court to accept this submission as to the above listed complaint. Response/answer(s) to each paragraph of the complaint (where applicable) are listed (attached) in order and annotated by cooresponding paragraph.

The response/answer(s) are immediately follows this page and is 4 pages in length.

Summary:
Defendant 42 disputes all alligations alleged in the complaint. Defendent 42 sells the Plaintiff's genuine product(s). Said products are sourced directly from the Plaintiff's own genuine stock which is located at various Amazon warehouses throughout the United States. The Plaintiff has affirmed Defendant 42 did in fact source from the Plaintiff's own genuine stock (see attached exibit). This acknowledgement contradicts all allegations made in the complaint.

Defendant 42 only sold one unit to a 'Ya Liu', address '1519 W. Warren Blvd Unit 501 PMB 171, Chicago, IL 90007' This buyer is believed to be related to the Plaintiff / Plaintiff's Councel. We believe this order to be a 'test purchase' in order to prove or disprove the claim of the item being sold was counterfeit. The Plaintiff received the item and could have confirmed the authenticity immediately upon receipt. Instead the Plaintiff received the item and then chose to ignore the items authenticity and subsequently include Defendant 42 as a named defendant. We believe this to be at a minimum gross negligence on the part of the Plaintiff / Plaintiff's Counsel.

Based on the Plaintiff's own acknowledgement of authenticity(see attachement), Defendant 42 requests the Plaintiff immediately and without delay dismissed with prejudice Defendant 42 from this complaint in its entirety.

Additional Exibits:
Exibit 1 - Plaintiff's Councel provided this document as 'Evidence' which they stated/suggests shows the package shipped by Defendant 42. Plaintiff used this 'Evidence' as proof of 'counterfeiting'. Uplon review, said document shows eBay packaging. Defendant 42 can prove the package shipped originated from Amazon (thus packaging would have been Amazon labeled). Plaintiff's 'Evidence' suspiciously blurred out the shipping label making it impossible to see the tracking number which would prove or disprove the package originated from Defendant 42. We find this highly suspect.

Exibit 2 - Email from the Plaintiff's Councel confirming the item we shipped to the Plaintiff's 'test buyer' to be in fact having originate from the Plaintiff's own Amazon stock, confirming its authenticity and thus contradicting any claims of selling counterfeit goods.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Answer (response) to the complaint outlined individually by paragraph number listed within the complaint.

**Introduction:**

1)  The Defendant 42's eBay store is not selling counterfeit items. Genuine products are being sold. Products sourced through the Plaintiff's own stock via their online Amazon storefront. The Plaintiff has been provided evidence that backs up our claim as well as the Plaintiff has acknowledged we source genuine product(s).

2)  TheDefendant 42's eBay store sells genuine products and is not selling counterfeit products. The Plaintiff has provided no evidence to substantiate such a claim. In fact, the Plaintiff made a test purchase of the product referenced in this complaint. A genuine product was shipped to and received by the Plaintiff. Plaintiff has acknowledged we source genuine product(s).

3)  As stated previously, no counterfeit items are being advertised or have been sold. Plaintiff has acknowledged we source genuine product(s).

4)  There has been no attempt at 'concealment of identity'. The eBay platform does not have a location in which to provide such information. The Plaintiff never made contact requesting such information.

5)  There has been no *'consumer confusion, dilution, and tarnishment of Plaintiff's valuable trademarks'* due to the fact Defendant 42 has not sold counterfeit items. To the contrary, the Plaintiff has acknowledged we source genuine product(s).

**Jurisdiction and Venue**

6)  Subject Matter Jurisdiction is not in dispute.

7)  Jurisdiction is not in dispute.

8)  Venue and Personal Jurisdiction is not in dispute. However, Defendant 42 does dispute the claim that '*residents of Illinois and this Judicial District can purchase products being offered and sold under counterfeit versions of Plaintiff's federally registered trademark'*. Plaintiff has acknowledged we source genuine product(s). Additionally Defendant 42 disputes the statement *'Defendant has committed and is committing tortious acts in Illinois and this Judicial District…'*. Plaintiff has acknowledged we source genuine product(s).

9)  Not in dispute at this time.

10) Not in dispute at this time.

11) Not in dispute at this time.

12) Not in dispute at this time.

13) Not in dispute at this time.

14) The Plaintiff has provided no evidence to prove the following claim: *'Plaintiff has made efforts to protect Plaintiff's interests in and to the Plaintiff Marks.'* Evidence has been found to suggest the contrary.

15) The following claim *'Defendants…, reside in the People's Republic of China or other foreign jurisdictions.'*, has been made without any attempt to ascertain the location of Defendant 42. In fact, the eBay store details clearly state the location of our store is located in the USA. Additionally the following claim *'defendants…offered to sell…, has*

*sold and continues to sell Counterfeit Products…'* is made without any evidence. To the contract, the Plaintiff has acknowledged we source genuine product(s).

16) The following claim *'...Defendants are an interrelated group of counterfeiters working in active concert to knowingly and willfully manufacture, import, distribute, offer for sale, and sell products using counterfeit versions of the Plaintiff Marks in the same transaction…'* is patently false and the Plaintiff has produced no evidence to prove such a claim. First, there is no connection between Defendant 42 and any other named defendant to the best of our knowledge. Second, the Plaintiff has acknowledged we source genuine product(s). Thirdly, no attempt to conceal Defendant 42's 'true identity'.

## Plaintiff's Business

17) Not in dispute at this time.
*18)* Not in dispute at this time.
19) Not in dispute at this time.
20) Not in dispute at this time.
21) Not in dispute at this time.
22) Not in dispute at this time.
23) Not in dispute at this time.
24) Not in dispute at this time.
25) Not in dispute at this time.
26) Not in dispute at this time.
27) Not in dispute at this time.
28) Not in dispute at this time.

## Defendants' Unlawful Conduct

29) Defendant 42 disputes the claim '...*flood the market with unauthorized goods which displace actual sales manufacturers would otherwise enjoy'*. Defendant 42 Sells genuine product. Plaintiff has acknowledged we source genuine product(s) from the Plaintiff's own ecommerce Amazon storefront. Due to this fact, it's impossible for Defendant 42 to *'...displace actual sales…'*.

30) This statement is immaterial to Defendant 42 due to the fact they are selling genuine product(s). Plaintiff has acknowledged we source genuine product(s).

31) This statement is immaterial to Defendant 42 due to the fact they are selling genuine product(s). Plaintiff has acknowledged we source genuine product(s).

32) This statement is immaterial to Defendant 42 due to the fact they are selling genuine product(s). Plaintiff has acknowledged we source genuine product(s).

33) This statement is immaterial to Defendant 42 due to the fact they are selling genuine product(s). Plaintiff has acknowledged we source genuine product(s).

34) This statement is patently false if the eBay storefront is USA based. USA based eBay storefronts are required to use eBay's 'Managed Payments' which require verification of the US Person conducting business.

35) This statement is immaterial to Defendant 42 due to the fact they are selling genuine product(s). Plaintiff has acknowledged we source genuine product(s). Additionally, no

evidence has been presented by the Plaintiff that would suggest Defendant 42 has *'...multiple virtual storefronts'.*

36) This statement is patently false if the eBay storefront is USA based. USA based eBay storefronts are required to use eBay's 'Managed Payments' which require verification of the US Person conducting business.

37) To the best of our knowledge, once a purchase is made, the purchaser can request the identity of the seller on eBay.

38) There has been no *'counterfeiting'* or *'selling Counterfeit Products'* by Defendant 42. Plaintiff has acknowledged Defendant 42 sources genuine product(s) from the Plaintiff's own Amazon store/stock.

39) This statement is immaterial to Defendant 42 due to the fact they are selling genuine product(s). Plaintiff has acknowledged we source genuine product(s).

40) This statement is immaterial to Defendant 42 due to the fact they are selling genuine product(s). Plaintiff has acknowledged we source genuine product(s).

41) Defendant 42 has taken no steps to conceal their identity. Additionally, this statement is immaterial to Defendant 42 due to the fact they are selling genuine product(s). Plaintiff has acknowledged we source genuine product(s).

42) This statement is immaterial to Defendant 42 due to the fact they are selling genuine product(s). Plaintiff has acknowledged we source genuine product(s).

43) Defendant 42 sells genuine product(s) located domestically directly from the Plaintiffs own domestic stock located at domestic Amazon warehouses. Plaintiff has acknowledged we source genuine product(s). Additionally, Defendant 42 used eBay's 'Managed Payments' to process all payments and all payments are sent to a domestic bank account. At no time is money transferred from said related bank account to a foreign bank account as suggested. No evidence has been provided by the Plaintiff to substantiate such a claim.

44) There is no connection with counterfeiting as claimed. Defendant 42 is selling genuine product(s). Plaintiff has acknowledged we source genuine product(s).

45) Defendant 42 sells genuine product(s). Plaintiff has acknowledged we source genuine product(s).

46) Defendant 42 is selling genuine product(s). Plaintiff has acknowledged we source genuine product(s). Due to this, no *'...irreparably harming Plaintiff'* could occur as outlined in the complaint.

## Count I - Trademark Infringement and Counterfeiting (15 U.S.C. § 1114)

47) Paragraph 1-46. Please reference responses to each paragraph above.

48) Defendant 42 sells genuine product(s). Plaintiff has acknowledged we source genuine product(s).

49) Not in dispute at this time.

50) Defendant 42 sells genuine product(s). Plaintiff has acknowledged we source genuine product(s).

51) Not in dispute at this time.

52) Defendant 42 was not *'...aware and have knowledge of Plaintiff's rights in the Plaintiff Marks…'.* No evidence has been provided by the Plaintiff that would substantiate such a

claim.  Additionally,Defendant 42 sells genuine product(s). Plaintiff has acknowledged we source genuine product(s).

53) Defendant 42 sells genuine product(s). Plaintiff has acknowledged we source genuine product(s).

54) Defendant 42 sells genuine product(s). Plaintiff has acknowledged we source genuine product(s).

55) No *'...suffer irreparable harm to Plaintiff's reputation and goodwill of Plaintiff's well-known Plaintiff Marks…'* are evidenced by the Plaintiff since the Plaintiff has acknowledged we source genuine product(s).

56) Defendant 42 sells genuine product(s). Plaintiff has acknowledged we source genuine product(s).  Due to this fact, injuries and damages to the Plaintiff are unsubstantiated.

**Count II - False Designation of Origin (15 U.S.C. § 1125(a))**

57) Paragraph 1-46.  Please reference responses to each paragraph above.

58) Defendant 42 sells genuine product(s). Plaintiff has acknowledged we source genuine product(s).

59) Defendant 42 sells genuine product(s) so no '...*false designation of origin..'* is applicable. Plaintiff has acknowledged we source genuine product(s).

60) *'...willful use of counterfeit marks and is a willful violation of 15 U.S.C. § 1125'* is not factual.  Defendant 42 sells genuine product(s). Plaintiff has acknowledged we source genuine product(s).

61) Defendant 42 disagrees with the statement '*...will suffer irreparable harm to Plaintiff's reputation and goodwill…'* due to the fact Defendant 42 sells genuine product(s). Plaintiff has acknowledged we source genuine product(s).

**Count III - Violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.)**

62) Paragraph 1-46.  Please reference responses to each paragraph above.

63) Defendant 42 has not violated Illinois law and disputes the entire statement.  Defendant 42 sells genuine product(s). Plaintiff has acknowledged we source genuine product(s).

64) Defendant 42 has not violated Illinois law and disputes the entire statement.  Defendant 42 sells genuine product(s). Plaintiff has acknowledged we source genuine product(s).

65) The statement *'...will suffer irreparable harm to Plaintiff's reputation and goodwill…'* is baseless and without merit. Defendant 42 sells genuine product(s). Plaintiff has acknowledged we source genuine product(s).

**Relief Requested**

Based on the facts as outlined above and what in our personal opinion to have been Gross Negligence on the part of the Plaintiff/Plaintiff's Counsel a lack of performance of proper due diligence as is required by a officer of the court, Defendant 42 requests the following:

Defendant 42 respectfully requests the Plaintiff immediately and without delay dismiss Defendant 42 from the complaint with prejudice.

If Plaintiff is unwilling to dismiss with prejudice Defendant 42, Defendant 42 respectfully requests the court issue Summary Judgment.  This request is based on the fact the Plaintiff's sole complaint alleges counterfeiting and the Plaintiff has already confirmed Defendant 42 did in fact sell a genuine item.

Defendant 42 believes based on this fact, here is no real chance of the Plaintiff winning the case.

Defendant 42 believes based on this fact, there is no compelling reason to proceed to trial.

Defendant 42 believes based on this fact, the Defendant is most likely to prevail in any trial.

# Defendant No.: 42

## Store Name:
## **finddealsnow**

## Platform:
## **Ebay**







Hi Yal ∨    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                                    Sell    Watchlist ∨    My eBay ∨    🔔    🛒

ebay    Shop by category ∨    🔍 Search for anything                                    All Categories ∨    Search

## Order details                                                                        🖨 Printer friendly page

**Order info**

| | |
|---|---|
| Time placed | Apr 2, 2024 at 8:10 PM |
| Order number | 11-11393-43833 |
| Total | $160.94 (1 item) |
| Sold by | buy_great_deals |

**Shipping address**

Ye liu
1519 W Warren Blvd, Unit 503, PMB 171
Chicago, Illinois 60607-1846
United States

**Delivery info**

Processing — Shipped — Delivered

**Tracking details**

Shipping Service    Expedited Shipping

**Payment info**

PayPal  y***4@ucsd.edu

$160.94
Still processing

| | |
|---|---|
| 1 item | $145.98 |
| Shipping | Free |
| Tax | $14.96 |

**Order total**    $160.94

**Item info**

Simple&Opulence 100% Washed Linen Duvet Cover with Embroidered,3 Pieces Soft Far    $145.98

Item number: 155100702794

Returns accepted through May 9, 2024

Buy again

How do you like our order details page?
Tell us what you think







 **DDT Trading <ddttrading1@gmail.com>**

---

## Re: 1:24-cv-04766 - ATTN: Qin Li, Esq #buy_great_deals(finddealsnow)

---

**enforcement** <enforcement@concordsage.com>                                Tue, Sep 10, 2024 at 1:51 PM
To: DDT Trading <ddttrading1@gmail.com>
Cc: 李钦 <liqin@concordsage.com>

Hi,

My client has verified and confirmed that the order was indeed shipped by them, but you had used my client's copywriting and pictures without permission, which may constitue copyright infringement.

Best,

**IP Department**



1360 Valley Vista Dr, Suite 140, Diamond Bar CA 91765

----------------- Original -----------------

**From:** "DDT Trading"<ddttrading1@gmail.com>;
**Date:** Mon, Sep 9, 2024 09:11 PM
[Quoted text hidden]

[Quoted text hidden]

---

_/s/ Michael Cake_ _____          _9/12/2024_ _____

Signature                                                                           Date