IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

Case No. 1:24-cv-04766

District Judge Martha M. Pacold


Jennifer Buckner DBA vintagelinen1

Plaintiff,


Changshu Youth Sky Import &  Export Co. Ltd,

defendant


 Notice of voluntary dismissal on counterclaim against

Changshu Youth Sky Import &

Export Co. Ltd,

I have reached an agreement with the defendant to  dismiss my counterclaim and in exchange they will dismiss the complaint against me.

I wish to voluntarily dismiss my counterclaim against the defendant


/s/ Jennifer Buckner

Jennifer Buckner

jdbuckner@earthlink.net