IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Changshu Youth Sky Import & Export Co. Ltd, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:24-cv-04766 |
| v. | ) ) | District Judge Martha M. Pacold |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) ) ) ) | Magistrate Judge Maria Valdez |
| Defendants. | ) ) | |

## NOTICE OF SETTLEMENT AND DISMISSAL UNDER RULE 41(a)(1) AS TO CERTAIN DEFENDANTS

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Changshu Youth Sky Import & Export Co. Ltd, ("Plaintiff") hereby dismiss this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| vintagelinen1 | 5 |
| fashion_stylo | 19/20 |
| dealwithmenow | 21 |
| rootpaste | 34 |
| PiggyWentToTheMarket | 87 |
| Pearl Shopping Mall | 90 |
| sarnakc-0 | 102/103/104 |

| | |
|:---:|:---:|
| sursri-49 | 111 |
| tawesri66 | 113/114 |
| somon2827 | 118 |

Dated: October 17, 2024    Respectfully submitted,

/s/Zhiwei Hua
1360 Valley Vista Dr, Suite 140,
Diamond Bar CA 91765
Bar No. 6099105
huazhiwei@concordsage.com
Phone: (216)3923236

ATTORNEY FOR PLAINTIFF